AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of PENNSYLVANIA

| | |
|---|---|
| Lower Susquehanna Riverkeeper Association | ) |
| *Plaintiff* | ) |
| v. | ) |
| Federal Highway Administration, et al. | ) |
| *Defendant* | ) |

Civil Action No.    1:23-CV-0343

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:   Judgment is entered in favor of the defendants and against the plaintiff with respect to all claims. _____ _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge    Joseph F. Saporito, Jr. _____ on a motion for   summary judgment (Docs. 20, 26, 30). _____ .

Date: _____03/31/2025_____

CLERK OF COURT

s/Mary Rose Schirra
_____

*Signature of Clerk or Deputy Clerk*